UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WESTERN PENNSYLVANIA

| JOLANDO HINTON, | |
|---|---|
| Plaintiff, | CIVIL ACTION 08-685 |
| v. | JUDGE GARY L. LANCASTER |
| PENNSYLVANIA STATE POLICE, | |
| Defendant. | |

## ORDER

AND NOW, this 8th day of May, 2009, it is ORDERED that

~~Plaintiff is granted leave to depose Trooper Roland G. Shannonhouse within 30 days hereof.~~

~~OR~~

Plaintiff is granted leave to forthwith serve the interrogatories submitted to the Court with his Motion of April 30, 2009 on Trooper Roland G. Shannonhouse, said interrogatories to be answered within 30 days hereof.

BY THE COURT

_____ J.