UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WESTERN PENNSYLVANIA

| | |
|---|---|
| JOLANDO HINTON, | |
| Plaintiff, | CIVIL ACTION 08-685 |
| v. | JUDGE GARY L. LANCASTER |
| PENNSYLVANIA STATE POLICE, | |
| Defendant. | |

ORDER

AND NOW, this 14th day of May, 2009, pursuant to agreement of the parties, it is hereby ORDERED that all claims set forth in Plaintiff's complaint other than retaliation are voluntarily withdrawn.

BY THE COURT:

_____ J.