IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOLANDO HINTON,<br>     Plaintiff,<br><br>  v.<br><br>PENNSYLVANIA STATE POLICE,<br>     Defendant. | Civil Action No. 08-685 |

ORDER

AND NOW this 21st day of September, 2010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

1) The Court will conduct a pretrial conference in the instant case on Friday, January 28, 2011 at 1:30 p.m..

2) Jury selection and trial in the instant case shall begin before the undersigned on Monday, February 7, 2011 at 9:30 a.m. in Courtroom No. 3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

                                      BY THE COURT:

                                      s/Gary L. Lancaster_____,C.J.
                                      The Honorable Gary L. Lancaster,
                                      Chief United States District Judge

cc:    All Counsel of Record