IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOLANDO HINTON,
    Plaintiff,

v.

PENNSYLVANIA STATE POLICE,
    Defendant.

Civil Action No. 08-685

**ORDER**

AND NOW, this 5th day of October, 2010, upon consideration of defendant's Motions in Limine to Exclude Evidence at Trial [document #37] and plaintiff's response thereto, IT IS HEREBY ORDERED that the motion is DENIED WITHOUT PREJUDICE.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record