UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WESTERN PENNSYLVANIA

| JOLANDO HINTON, | |
|---|---|
| Plaintiff, | CIVIL ACTION 08-685 |
| v. | CHIEF JUDGE GARY L. LANCASTER |
| PENNSYLVANIA STATE POLICE, | |
| Defendant. | |

ORDER

AND NOW, this 25 day of March, 2011, IT IS HEREBY ORDERED that Plaintiff's Motion to Strike Defendant's Motion For Judgment As a Matter of Law, or in the alternative, For New Trial (Doc. 67) is hereby DENIED.

BY THE COURT:

_____ C.J.