IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOLANDO HINTON,

    Plaintiff,

v.

PENNSYLVANIA STATE POLICE,

    Defendant.

Civil Action No. 08-685
Judge Gary L. Lancaster

AND NOW, THIS 25 DAY OF March, 11, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

## MOTION FOR JUDGMENT AS A MATTER OF LAW / NEW TRIAL

AND NOW comes defendant Pennsylvania State Police (PSP), by its attorneys, Paul R. Scholle, Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section. For the reasons adduced in the brief in support of this motion (filed herewith) and any supplements thereto, and pursuant to Federal Rule of Civil Procedure 50, respectfully requests that this Court direct the entry of judgment as a matter of law in favor of defendant. In the alternative, defendant respectfully requests that this Court order a new trial pursuant to Federal Rule of Civil Procedure 59.

    1. This is a civil action pursuant to Title VII of the Civil Rights Act of 1964. Plaintiff is a member of the defendant Pennsylvania State Police (PSP) who initially claimed racial discrimination and retaliation for complaints of racial discrimination under Title VII. (*See* Doc. No. 1).

    2. After the close of discovery, plaintiff and defendant entered into a stipulation dropping all of the race discrimination claims from the case. (*See* Doc. Nos. 22, 23).

1